1  Joseph H. Harrington
   Acting United States Attorney
2  Eastern District of Washington
3  James A. Goeke
   Assistant United States Attorney
4  Post Office Box 1494
5  Spokane, WA 99210-1494
6  Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 2:21-CR-77-RMP<br>INDICTMENT |
| v. | Vio: 18 U.S.C. §§ 2115, 2<br>Post Office Burglary |
| JAMES C. NUGENT,<br>QUENTINE R. MCDONALD, and<br>MANUEL STEVEN ABRAHAMSON<br>(a/k/a "Sonny Abrahamson"), | |
| Defendants. | |

The Grand Jury charges:

On or about December 23, 2020, in the Eastern District of Washington, the Defendants, JAMES C. NUGENT, QUENTINE R. MCDONALD, and MANUEL STEVEN ABRAHAMSON (a/k/a "Sonny Abrahamson"), did forcibly break into the Hunters Post Office, located at 4990 Highway 25, Hunters, Washington,

//
//
//
//

INDICTMENT – 1

99137, with the intent to commit a larceny in such post office, in violation of 18 U.S.C. §§ 2115, 2.

DATED this 2 day of June, 2021.

A TRUE BILL

Foreperson

Joseph H. Harrington
Acting United States Attorney

James A. Goeke
Assistant United States Attorney

INDICTMENT – 2